**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,　　　　　Case No.: 24-CR-13 (NEB/DTS)

　　　　　Plaintiff,　　　　　WINNETKA GREEN MASTER
　　　　　　　　　　　　　　　ASSOCIATION'S PETITION
　　　　　　　　　　　　　　　ASSERTING A LEGAL INTEREST IN THE
　　　　　　　　　　　　　　　REAL PROPERTY AT 5531 ELM GROVE
　　　　　　　　　　　　　　　CIRCLE, NEW HOPE, MINNESOTA 55428

v.

SAID EREG AND NAJMO AHMED,

　　　　　Defendants.

Petitioner Winnetka Green Master Association, a Minnesota nonprofit corporation, pursuant to 21 U.S.C. § 853(n) and other applicable law, hereby petitions the Court for an ancillary proceeding to adjudicate the validity of Winnetka Green Master Association's interest in the real property located at 5531 Elm Grove Circle, New Hope, Minnesota, and legally described as Lot 16, Block 1, Winnetka Green, Hennepin County, Minnesota (the "Real Property"), and states and alleges the following, under penalty of perjury:

1.　　　Petitioner Winnetka Green Master Association (the "Association") is a Minnesota nonprofit corporation that administers the common interest community known as Winnetka Green Master Association located in New Hope, Minnesota, pursuant to Minnesota Statutes Chapter 515B and other applicable law.

2.　　　The Real Property is a townhouse located within the Association.

3.　　　The Declaration of Winnetka Green Master Association was recorded in the Office of the Register of Titles for Hennepin County, Minnesota on June 16, 2005, as

1

Document Number 4125366 (the "Declaration"). A true and correct copy of the Declaration is attached hereto as Exhibit 1 and incorporated herein by this reference.

4. A true and correct copy of the Bylaws of the Association (the "Bylaws") are attached hereto as Exhibit 2 and incorporated herein by this reference.

5. Pursuant to Sections 6.1 through 6.12 of the Declaration, Sections 8.1 through 8.4 of the Bylaws, Minnesota Statutes Section 515B.3-115, and other applicable law, the owner of the Real Property is liable to the Association for all assessments, late fees, attorney fees, collection costs, and related charges that come due and are owed to the Association.

6. Pursuant to Section 6.9 of the Declaration, Minnesota Statutes Section 515B.3-116, and other applicable law, the amounts owed to the Association for unpaid assessments, late fees, attorney fees, collection costs, and related charges constitute a lien against the Real Property.

7. As of April 1, 2026, the owner of the Real Property owes the Association $23,707.67 for unpaid assessments, late fees, attorney fees, collection costs, and related charges, as set forth on the Account Statement maintained by the Association's professional property management company, Omega Property Management (the "4-1-26 Account Statement"). A true and correct copy of the 4-1-26 Account Statement is attached hereto as Exhibit 3 and incorporated herein by this reference.

8. Pursuant to Section 6.9 of the Declaration, Minnesota Statutes Section 515B.3-116, other applicable law, the $23,707.67 owed to the Association constitutes a lien against the Real Property (the "Association's Assessment Lien").

2

9.      The amount of the Association's Assessment Lien is always equal to the amount of the unpaid assessments, late fees, attorney fees, collection costs, and related charges owed to the Association.

10.     Pursuant to Section 6.11 of the Declaration, Minnesota Statutes Section 515B.3-116, and other applicable law, the Association's Assessment Lien is prior to all other liens and encumbrances on the Real Property except (i) liens and encumbrances recorded before the Association's Declaration, (ii) any first mortgage on Real Property, and (iii) liens for real estate taxes and other governmental assessments or charges against the Real Estate.

11.     Pursuant to Section 6.11 of the Declaration, Minnesota Statutes Section 515B.3-116, and other applicable law, any interest the criminal defendants had or have in the Real Estate is subject to the Association's Assessment Lien.

12.     Pursuant to Section 6.11 of the Declaration, Minnesota Statutes Section 515B.3-116, and other applicable law, any interest of the United States Government in the Real Estate is subject to the Association's Assessment Lien.

WHEREFORE, the Association requests that the Court hold an ancillary proceeding to adjudicate the validity of Winnetka Green Master Association's interest in the real property located at 5531 Elm Grove Circle, New Hope, Minnesota, and legally described as Lot 16, Block 1, Winnetka Green, Hennepin County, Minnesota (the "Real Property"), and rule as follows:

1.      Amend the Order of Forfeiture to recognize and acknowledge the Association's interest in the Real Property, namely that the Association has a valid and enforceable Assessment Lien against the Real Property for all unpaid assessments, late fees, attorney fees, collection costs, and related charges, in the amount of $23,707.67 as of April 1, 2026, and which amount is always equal to the amount of the unpaid assessments, late fees, attorney fees, collection costs, and related charges owed to the Association.

2.      Such other and further relief as the Court deems just and equitable.

TOOHEY LAW FIRM, P.A.

Dated:  April 9, 2026                    By:   /s/ Karl E. Robinson
                                          Karl E. Robinson, MN Atty ID #0274045
                                          7100 Northland Circle North, Suite 101
                                          Brooklyn Park, MN 55428
                                          krobinson@tooheylawfirm.com
                                          Telephone:  (763) 401-4120
                                          Attorneys for Petitioner Winnetka Green Master
                                          Association

## VERIFICATION

I have read this document.  I declare under penalty of perjury everything stated in this document is true and correct.  28 U.S.C. § 1746 & Minn. Stat. § 358.116.

Signed in Hennepin County, Minnesota
Signed on April 9, 2026

                                           /s/ Karl E. Robinson
                                          Karl E. Robinson, MN Atty ID#0274045
                                          Toohey Law Firm. P.A.
                                          7100 Northland Circle North, Suite 101
                                          Brooklyn Park, MN 55428
                                          krobinson@tooheylawfirm.com
                                          Telephone:  (763) 401-4120
                                          Attorney for Petitioner Winnetka Green Master
                                          Association