# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Said Ereg and Najmo Ahmed,

        Defendants,

and

Winnetka Green Master Association

        Claimant.

Case No. 24-cr-13 (NEB/DTS)

**[PROPOSED] ORDER APPROVING STIPULATION OF SETTLEMENT**

Based on the Stipulation of Settlement between the United States and Third-Party Petitioner Winnetka Green Master Association ("Association"), and on all the files and records herein:

IT IS HEREBY ORDERED that:

1. the Stipulation of Settlement (ECF No. 84) is **APPROVED**; and

2. the Petition field by the Association (ECF No. 79) shall be resolved in accordance with the terms of the Stipulation of Settlement between the United States and Petitioner Association.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:

        _____
        NANCY E. BRASEL
        United States District Judge