# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

        Plaintiff(s),

v.

Said Ereg and Najmo Ahmed,

        Defendant(s).

Winnetka Green Master Association,

        Claimant,

**JUDGMENT IN A CRIMINAL CASE**

Case No. 24-cr-13 NEB/DTS

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED THAT:**

1. The Stipulation of Settlement (ECF No. 84) is APPROVED; and

2. Winnetka Green Master Association's Petition (ECF No. 79) shall be resolved in accordance with the terms of the Stipulation of Settlement between the United States and Winnetka Green Master Association.

Date: June 12, 2026                 Kate M. Fogarty, Clerk